Form 3-1

**Form 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **TERNIUM MEXICO, S.A. de C.V.**<br><br>                        **Plaintiff,**<br>  v.<br><br>**UNITED STATES,**<br>                        **Defendant.** | **S U M M O N S**<br>Court No. 25-00236 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.


                          **/s/ Gina Justice**
                          Clerk of the Court

1. The plaintiff is Ternium Mexico, S.A. de C.V. ("Ternium"), a Mexican producer of subject merchandise, who participated in the U.S. Department of Commerce's countervailing duty investigation that resulted in the contested finding. Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(i).

2. Plaintiff contests the Final Affirmative Countervailing Duty Determination from the countervailing duty investigation on Certain Corrosion-Resistant Steel Products from Mexico (C-201-864) by the International Trade Administration, U.S. Department of Commerce.

3. The underlying administrative determination was issued on August 25, 2025.

4. The Final Affirmative Countervailing Duty Determination was published in the Federal Register on August 29, 2025 (90 Fed. Reg. 42,229).

| | |
|---|---|
| _____<br>Gregory J. Spak | Gregory J. Spak<br>Luca Bertazzo<br>Colin Alejandro Dilley |
| October 28, 2025<br>Date | WHITE AND CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005<br>gspak@whitecase.com<br>(202) 626-3600<br>*Counsel to Ternium Mexico, S.A. de C.V.* |

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

**TERNIUM MEXICO, S.A. de C.V. v. UNITED STATES**
**CIT Court No. 25-00236**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025.)

## UPON THE UNITED STATES:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY  10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20530

## UPON THE U.S. DEPARTMENT OF COMMERCE:

Kelly R. Welsh
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC  20230

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC  20230

<u>**NOTICE TO INTERESTED PARTIES**</u>

**TERNIUM MEXICO, S.A. de C.V. v. UNITED STATES**
**CIT Court No. 25-00236**

I, Gregory J. Spak of the law firm White & Case LLP, hereby certify that on or promptly after October 28, 2025, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Form 17, by certified mail, return receipt requested:

Stephanie M. Bell, Esq.
Representative of Nucor Corporation
Wiley Rein LLP
2050 M Street, NW
Washington, DC  20036

Thomas M. Beline, Esq.
Representative of United States Steel Corporation and Wheeling-Nippon Steel, Inc.
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC  20037

Roger B. Schagrin, Esq.
Representative of Steel Dynamics, Inc., United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy,
Allied Industrial and ServiceWorkers International Union, AFL-CIO, CLC
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC  20001

Stephen P. Vaughn, Esq.
Representative of Cleveland-Cliffs Inc.
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006-4706

Jeffrey M. Winton, Esq.
Representative of Galvasid S.A. de C.V
Winton & Chapman PLLC
1100 13th Street NW
Suite 825
Washington, DC  20005

Aristeo López
Embassy of Mexico
1911 Pennsylvania Avenue, NW
Washington, DC  20006

Antonino Bertoni
Government of Mexico
Ministry of Economy of Mexico
Pachuca 189, Col. Condesa, C.P. 06140, Cuauhtemoc, CDMX

John Anwesen
Representative of Kemper AIP Metals, LLC, Waelzholz Brasmetal Laminação LTDA
Lighthill PC
300 New Jersey Avenue, NW
Suite 300
Washington, D.C.  20001


                                                            /s/ Gregory J. Spak
                                                          Gregory J. Spak

**CERTIFICATE OF SERVICE**

I, Gregory J. Spak, of the law firm White & Case LLP, hereby certify that on or promptly after October 28, 2025, copies of the foregoing Summons, Form 5, Form 13, and Form 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY  10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20530

**UPON THE U.S. DEPARTMENT OF COMMERCE:**

Kelly R. Welsh
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC  20230

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC  20230

                                           /s/ Gregory J. Spak
                                              Gregory J. Spak