**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:  THE HONORABLE LEO M. GORDON, JUDGE**

| | |
|---|---|
| TERNIUM MEXICO, S.A. DE C.V., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Court No. 25-00236 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| STEEL DYNAMICS, INC.; UNITED STEEL, ) | |
| PAPER AND FORESTRY, RUBBER, ) | |
| MANUFACTURING, ENERGY, ALLIED ) | |
| INDUSTRIAL AND SERVICE WORKERS ) | |
| INTERNATIONAL UNION, AFL-CIO, CLC, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

## <u>ORDER</u>

Upon consideration of defendant's consent motion for an extension of time for the United States to file its response brief to plaintiff's motion for judgment on the administrative record, and upon all other papers and proceedings herein; it is hereby

**ORDERED** that that defendant's motion is granted, and it is further

**ORDERED** that Defendant's Response Brief shall be filed by Monday, July 6, 2026;

**ORDERED** that Defendant-Intervenor United States Steel Corporation's Response Brief shall be filed by Monday, July 13, 2026;

5

**ORDERED** that Defendant-Intervenors Steel Dynamics, Inc. and United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFLCIO, CLC's Response Brief shall be filed by Monday, July 13, 2026;

**ORDERED** that Plaintiff Ternium Mexico S.A. de C.V.'s Reply Brief shall be filed by Thursday, August 6, 2026;

**ORDERED** that the Motion for Oral Argument, if any, shall be filed by Thursday, August 20, 2026;

**ORDERED** that the Joint Appendix shall be filed by Thursday, September 10, 2026.

Dated: ___May 28___, 2026
New York, New York

/s/ Leo M. Gordon
_____
JUDGE

6