IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE KARA M. WESTERCAMP, JUDGE

TERNIUM MEXICO, S.A. DE C.V.,

Plaintiff,

v.

UNITED STATES,

Defendant,

and

UNITED STATES STEEL CORPORATION, STEEL DYNAMICS, INC., AND THE UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC,

Defendant-Intervenors.

Case No. 25-cv-236

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Khashayar Attaran, hereby enters an additional appearance for defendants in this action and requests that all papers be served on him.

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Khashayar Attaran
KHASHAYAR ATTARAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 257-8465
Email: Khashayar.Attaran@usdoj.gov

November 12, 2026

*Attorneys for Defendants*